# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL PEDRONCELLI,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY OF THE MOON FIRE PROTECTION DISTRICT, CHIEF PHILIP GARCIA, in his official capacity and individual capacity,<br><br>Defendants. | Case No. 12-cv-03672 NC<br><br>**ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 6 |

Plaintiff Paul Pedroncelli filed his complaint for 42 U.S.C. § 1983 violations, breach of contract, breach of the covenant of good faith and fair dealing, and wrongful termination on June 28, 2012. Dkt. No. 1. The parties have an initial case management conference scheduled before this Court on October 31, 2012.

In plaintiff's case management statement, Dkt. No. 6, plaintiff submits that due to recent settlement negotiations, plaintiff has yet to serve the summons and complaint on defendants Valley of the Moon Fire Protection District and Chief Philip Garcia. Dkt. No. 6. Plaintiff represents that service of the summons and complaint should be completed by December 17, 2012.

In light of the fact that the summons and complaint have not been served and for good cause shown, the Court GRANTS plaintiff's request to extend the time to serve the

1  summons and complaint on defendants to December 17, 2012 and CONTINUES the
2  October 31, 2012 case management conference to January 2, 2013 at 10:00 a.m.  The
3  parties are to file a joint case management statement by December 26, 2012.
4      Defendants must file their consent or declination to the jurisdiction of a magistrate
5  judge by December 20, 2012.
6      IT IS SO ORDERED.

8  DATED: October 30, 2012

    _____
    NATHANAEL M. COUSINS
    United States Magistrate Judge

Case No. 12-cv-03672 NC
ORDER RE REQUEST
TO CONTINUE CMC    2