1  Michael S. Biggs, Esq.  SBN: 237640
   BIGGS LAW OFFICES
2  24 Professional Center Parkway Suite 240
   San Rafael, CA 94903
3  (415) 789-5823 Telephone
4  (415) 789-5923 Facsimile
   michaelbiggs@biggslawoffices.net
5
   Attorney for Plaintiff, PAUL PEDRONCELLI
6

7                       UNITED STATES DISTRICT COURT
8                       NORTHERN DISTRICT OF CALIFORNIA
9
10

11 | PAUL PEDRONCELLI, | Case No: 3:12-CV-03672-NC |
12 | Plaintiff, | **PLAINTIFF'S VOLUNTARY DISMISSAL** |
13 | vs. | **[PROPOSED ORDER]** |
14 | VALLEY OF THE MOON FIRE PROTECTION DISTRICT; CHIEF PHILIP GARCIA IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; | **Date:** N/A<br>**Time:** N/A.<br>**Courtroom: A - 15th Floor**<br>**Judge: Nathanael Cousins** |
15 | | |
16 | Defendants. | |
17

18
19      Plaintiff PAUL PEDRONCELLI submits voluntary dismissal with prejudice on all
20 defendants, Valley of the Moon Fire Protection District and Chief Philip Garcia in his official
21 and individual capacity.
22
23   Dated:  February 5, 2013          BIGGS LAW OFFICES.
24                              By:   _/s/Michael S. Biggs_
25                                    MICHAEL S. BIGGS, ESQ.
                                      Attorney for Plaintiff PAUL PEDRONCELLI
26
27
28

---

1

Pedroncelli v. VMFPD. et al                          Case No: 3:12-cv-03672-nc
Plaintiff's Voluntary Dismissal [Proposed Order]

1 **PROPOSED ORDER**

3  The Court hereby dismisses Case No: 3:12-CV-03672-NC with prejudice on all defendants, Valley of the Moon Fire Protection District and Chief Philip Garcia in his official and individual capacity.

9  IT IS SO ORDERED.

11  Dated: February 7, 2013

*APPROVED*
*Judge Nathanael M. Cousins*