Michael S. Biggs, Esq.  SBN: 237640
BIGGS LAW OFFICES
24 Professional Center Parkway Suite 240
San Rafael, CA 94903
(415) 789-5823 Telephone
(415) 789-5923 Facsimile
michaelbiggs@biggslawoffices.net

Attorney for Plaintiff, PAUL PEDRONCELLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PEDRONCELLI,<br><br>                  Plaintiff,<br><br>       vs.<br><br>VALLEY OF THE MOON FIRE PROTECTION DISTRICT; CHIEF PHILIP GARCIA IN HIS OFFICIAL AND INDIVIDUAL CAPACITY;<br><br>                  Defendants. | Case No:  3:12-CV-03672-NC<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL [~~PROPOSED~~ ORDER]**<br><br>**Date:   N/A**<br>**Time:  N/A.**<br>**Courtroom: A - 15th Floor**<br>**Judge: Nathanael Cousins** |

Plaintiff PAUL PEDRONCELLI submits voluntary dismissal with prejudice on all defendants, Valley of the Moon Fire Protection District and Chief Philip Garcia in his official and individual capacity.

Dated:  February 5, 2013                     BIGGS LAW OFFICES.

                                   By:    /s/Michael S. Biggs
                                          MICHAEL S. BIGGS, ESQ.
                                          Attorney for Plaintiff PAUL PEDRONCELLI

1  **~~PROPOSED~~ ORDER**

3   The Court hereby dismisses Case No: 3:12-CV-03672-NC with prejudice on all defendants, Valley of the Moon Fire Protection District and Chief Philip Garcia in his official and individual capacity.

9  IT IS SO ORDERED.

   Dated: February 7, 2013

APPROVED
Judge Nathanael M. Cousins

2